IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22cr00014-1 |
| Plaintiff, | MAGISTRATE JUDGE PETER B. SILVAIN, JR |
| v. | |
| MORGAN P. FUGATE, | |
| Defendant. | |

## ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO FULL CIRCLE FOR INPATIENT TREATMENT

Defendant Morgan P. Fugate is to be released from the Montgomery County Jail on May 18, 2022, at 8:30 a.m. to a member of the United States Marshals Service to be transported to the United States Pretrial Services Office at the Dayton Federal Courthouse. Defendant is to then be transported by Nancy Howell, whose phone number is 937-241-6733, to report directly to Full Circle Recovery for inpatient residential treatment. She is to arrive at Full Circle Recovery in ample time for her 10:00 a.m. intake procedure. Upon release from inpatient treatment, defendant shall immediately contact United States Pretrial Services Officer, LeRae Anthony.

May 17, 2022

Peter B. Silvain, Jr.
United States Magistrate Judge

cc: Counsel of record
    United States Marshals Office
    LeRae Anthony