## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-14 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| MORGAN P. FUGATE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This case is before the Court upon Defendant Morgan P. Fugate's Motion for Early Termination of Probation (Doc. #23).

The undersigned held a teleconference with counsel for the Government, Defendant's counsel, and the Probation Officer on November 5, 2024. During the teleconference, the Probation Officer indicated that Defendant has done an excellent job on probation, and he has no opposition to Defendant's Motion. Counsel for the Government stated that he has no objection to early termination of her probation.

Accordingly, for the reasons stated during the teleconference, Defendant Morgan P. Fugate's Motion for Early Termination of Probation (Doc. #23) is hereby **GRANTED**, and Defendant's probation is **TERMINATED**.

**IT IS SO ORDERED.**

November 5, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge